SEALED BY ORDER OF THE COURT



DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3918
    Fax: (510) 637-3724
    Email: robert.leach@usdoj.gov

Attorneys for the United States of America

FILED
MAR 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TAISIA SOLOAI FAUOLO,<br><br>    Defendant, | CASE NO. 4-20-70308 MAG<br><br>APPLICATION AND [PROPOSED] UNSEALING ORDER |

On March 11, 2020, the government filed under seal a Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules of Criminal Procedure, providing notice that the defendant had been arrested on an arrest warrant issued by the United States District Court for the District of Nevada in case number 2:18-CR-0221-MMD-DJA-2. The notice attached a Petition for Action on Conditions of Pretrial Release filed under seal in the Nevada case, alleging the defendant had violated the conditions of pretrial release and requesting issuance of an arrest warrant. Because the defendant has been arrested pursuant to the warrant and made an appearance in this district, the reasons for sealing this case (4-20-70308 MAG) no longer apply. The government respectfully requests that the entire case (4-20-70308

APPLICATION AND [PROPOSED] UNSEALING ORDER

MAG) be unsealed.

DATED: March 10, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
ROBERT S. LEACH
Assistant United States Attorney

## [PROPOSED] ORDER

On the government's application, and for good cause shown, it is HEREBY ORDERED THAT this case (4-20-70308 MAG) shall be unsealed in its entirety.

IT IS SO ORDERED.

DATED: March 11, 2020

_____
HONORABLE DONNA M. RYU
U.S. Magistrate Judge